```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 15-03580-JJT
David Martinez                                              Chapter 13
Lillian Martinez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Mar 30, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2018.
db/jdb         +David Martinez,    Lillian Martinez,    441 Indian Way,    East Stroudsburg, PA 18302-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Michele A De Witt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2004-05CB) bkecfinbox@aldridgepite.com,    mdewitt@ecf.inforoptcy.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Lillian  Martinez donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 David  Martinez donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Martinez<br>Lillian Martinez<br>　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　Movant<br>vs.<br>David Martinez<br>Lillian Martinez<br>　　　　Debtor(s)<br>Charles J. DeHart, III<br>　　　　Trustee | NO. 15-03580 JJT<br><br>11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, after notice and no answer or other reponsive pleading being filed, it is hereby,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA RAV4, VIN: 2T3DFREV2FW295003 in a commercially reasonable manner.

Dated: March 30, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)