Certificate Number: 03088-PAM-DE-034617421

Bankruptcy Case Number: 15-03580


03088-PAM-DE-034617421

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2020, at 4:15 o'clock PM CDT, David Martinez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 30, 2020

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor

Certificate Number: 03088-PAM-DE-034617422

Bankruptcy Case Number: 15-03580



03088-PAM-DE-034617422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2020, at 4:15 o'clock PM CDT, Lillian Martinez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 30, 2020

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor