UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID MARTINEZ                               Case No.: 5-15-03580-RNO
LILLIAN MARTINEZ                             Chapter 13
        Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | INTERSTATE TD INVESTMENTS LLC |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 8550 |
| Property Address if applicable: | 441 INDIAN WAY, , EAST STROUDSBURG, PA18302 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $34,844.71
b. Prepetition arrearages paid by the Trustee:     $34,844.71
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $0.00
f. Postpetition arrearages paid by the Trustee:     $0.00
g. Total b, d, f:     $34,844.71

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 22, 2020                        Respectfully submitted,

                                             s/ Charles J. DeHart, III, Trustee
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA 17036
                                             Phone: (717) 566-6097
                                             Fax: (717) 566-8313
                                             eMail: dehartstaff@pamd13trustee.com

Creditor Name: INTERSTATE TD INVESTMENTS LLC
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0030 | 1144906 | 03/02/2016 | $136.57 | $0.00 | $136.57 |
| 0030 | 1146613 | 04/06/2016 | $637.61 | $0.00 | $637.61 |
| 0030 | 1148337 | 05/04/2016 | $637.61 | $0.00 | $637.61 |
| 0030 | 1149987 | 06/14/2016 | $637.61 | $0.00 | $637.61 |
| 0030 | 1151582 | 07/07/2016 | $637.61 | $0.00 | $637.61 |
| 0030 | 1153021 | 08/04/2016 | $637.61 | $0.00 | $637.61 |
| 0030 | 1154559 | 09/01/2016 | $637.61 | $0.00 | $637.61 |
| 0030 | 1156176 | 10/05/2016 | $645.72 | $0.00 | $645.72 |
| 0030 | 1157784 | 11/02/2016 | $645.72 | $0.00 | $645.72 |
| 0030 | 1159387 | 12/06/2016 | $634.90 | $0.00 | $634.90 |
| 0030 | 1160957 | 01/12/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1162526 | 02/08/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1164030 | 03/09/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1165632 | 04/12/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1167204 | 05/11/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1168753 | 06/13/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1170229 | 07/06/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1171670 | 08/10/2017 | $634.90 | $0.00 | $634.90 |
| 0030 | 1173207 | 09/19/2017 | $1,269.80 | $0.00 | $1269.80 |
| 0030 | 1175852 | 11/08/2017 | $632.20 | $0.00 | $632.20 |
| 0030 | 1177246 | 12/05/2017 | $632.20 | $0.00 | $632.20 |
| 0030 | 1178644 | 01/11/2018 | $632.20 | $0.00 | $632.20 |
| 0030 | 1180049 | 02/08/2018 | $632.20 | $0.00 | $632.20 |
| 0030 | 1181406 | 03/08/2018 | $632.20 | $0.00 | $632.20 |
| 0030 | 1182754 | 04/03/2018 | $632.20 | $0.00 | $632.20 |
| 0030 | 1185842 | 05/15/2018 | $1,264.40 | $0.00 | $1264.40 |
| 0030 | 1188553 | 07/12/2018 | $1,264.40 | $0.00 | $1264.40 |
| 0030 | 1191266 | 09/06/2018 | $632.20 | $0.00 | $632.20 |
| 0030 | 1192576 | 10/10/2018 | $632.20 | $0.00 | $632.20 |
| 0030 | 1193964 | 11/08/2018 | $629.50 | $0.00 | $629.50 |
| 0030 | 1195336 | 12/13/2018 | $1,259.00 | $0.00 | $1259.00 |
| 0030 | 1197927 | 02/07/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1199120 | 03/12/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1200466 | 04/11/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1201824 | 05/09/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1203122 | 06/06/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1204506 | 07/11/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1205874 | 08/07/2019 | $629.50 | $0.00 | $629.50 |
| 0030 | 1207313 | 09/26/2019 | $1,259.00 | $0.00 | $1259.00 |
| 0030 | 1209649 | 11/07/2019 | $630.85 | $0.00 | $630.85 |
| 0030 | 1210981 | 12/12/2019 | $630.85 | $0.00 | $630.85 |
| 0030 | 1212363 | 01/16/2020 | $1,261.70 | $0.00 | $1261.70 |
| 0030 | 1213721 | 02/13/2020 | $630.85 | $0.00 | $630.85 |
| 0030 | 1215021 | 03/12/2020 | $630.85 | $0.00 | $630.85 |
| 0030 | 1216315 | 04/14/2020 | $630.85 | $0.00 | $630.85 |
| 0030 | 1218382 | 06/02/2020 | $608.54 | $0.00 | $608.54 |
| 0030 | 1219397 | 07/07/2020 | $608.54 | $0.00 | $608.54 |
| 0030 | 1220449 | 08/12/2020 | $1,217.08 | $0.00 | $1217.08 |
| 0030 | 1221498 | 09/17/2020 | $608.54 | $0.00 | $608.54 |
| 0030 | 1222530 | 10/15/2020 | $8.09 | $0.00 | $8.09 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
DAVID MARTINEZ  Case No.: 5-15-03580-RNO
LILLIAN MARTINEZ  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 22, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| INTERSTATE INTRINSIC VALUE FUND A, LLC<br>PO BOX 5247<br>OXNARD, CA, 93013-5247 | SERVED BY 1ST CLASS MAIL |
| DAVID MARTINEZ<br>LILLIAN MARTINEZ<br>441 INDIAN WAY<br>EAST STROUDSBURG, PA 18302 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2020

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com