In re:  Case No. 15-03580-RNO

David Martinez  Chapter 13

Lillian Martinez

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Oct 22, 2020  Form ID: 3180W  Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Martinez, Lillian Martinez, 441 Indian Way, East Stroudsburg, PA 18302-7901 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60078 |
| 4685950 | | AES/National Collegiate, P.O. Box 2641, Harrisburg, PA 17105 |
| 4685951 | | American Education Services, 1200 N7th Streeet, Harrisburg, PA 17102 |
| 4725011 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5086733 | + | Bayview Loan Servicing, LLC as servicer for The Ba, 4425 Ponce de Leon Blvd,, 5th Floor, Coral Gables, Florida 33146-1837 |
| 4685959 | | Citifinancial Retail Svcs, P.O. Box 1830083, Columbus, OH 43218-3083 |
| 4685960 | | Commonwealth of Pennsylvania, Dept. of Rev, Bur of Individual Tax, PO Box 280432, Harrisburg, PA 17128-0432 |
| 4685961 | + | Discover Card Member Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 4775141 | + | Ditech Financial LLC, 1400 Turbine Dr Ste 200, Rapid City SD 57703-4719 |
| 4775142 | + | Ditech Financial LLC, 1400 Turbine Dr Ste 200, Rapid City SD 57703, Ditech Financial LLC, 1400 Turbine Dr Ste 200 Rapid City SD 57703-4719 |
| 4685963 | + | Equitable Ascent financial, for Wamu/Chase 22, 1120 W Lake Cook Rd, Buffalo Grove, IL 60089-1970 |
| 4685964 | | Fenton & McGarvey, 2401 Stanley Gault Pkwy, East Stroudsburg, PA 18301 |
| 4685968 | + | Halterman's Auto, 1741 Paradise Trail, East Stroudsburg, PA 18301-9190 |
| 4685969 | | Haltermans Toyota, Rt. 447, East Stroudsburg, PA 18301 |
| 4685975 | | Interstate Intrinsic, Value Fund A LLC, PO Box 5247, Oxnard, CA 93031-5247 |
| 4685976 | + | Jefferson Capital Systems, LLC, 16 MdLeland Rd, Saint Cloud, MN 56393-0001 |
| 4685982 | + | NCO Financfial Services/99, for Poconomo Emergency Physicians, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 4685989 | + | Slomin's Shield, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 4995103 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 4995104 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, THE BANK OF NEW YORK MELLON Bayview Loan Servicing, LLC 33146-1837 |
| 5002446 | + | THE BANK OF NEW YORK MELLON, c/o Michele A. De Witt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 4730379 | | The Bank of New York Mellon, Trustee(See 410), c/o Residential Credit Solutions, Inc., P. O. BOX 163229, FORTH WORTH, TEXAS 76161-3229 |
| 4710136 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 4685991 | | Victoria's Secret, P.O. Box, San Antonio, TX 78265 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 22 2020 18:53:00 | Bayview Loan Servicing, LLC et al..., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 4685952 | + | EDI: BANKAMER2.COM | Oct 22 2020 22:58:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19850-7054 |
| 4685953 | + | EDI: BANKAMER.COM | Oct 22 2020 22:58:00 | Bank of America, 450 American Street #SV416, Simi Valley, CA 93065-6285 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4685970 | | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0500 |
| 4685954 | | Email/Text: cms-bk@cms-collect.com | Oct 22 2020 18:53:00 | Capital Management Services LP, 698 1/2 South Ogden St, Buffalo, NY 14206-2317 |
| 4685955 | + | EDI: CAPITALONE.COM | Oct 22 2020 22:58:00 | Capital One, P.O.BOX 30281, Salt Lake City, UT 84130-0281 |
| 4685958 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 4685978 | | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Macy's, PO Box 183083, Mason, OH 43218-3008 |
| 4687857 | | EDI: DISCOVER.COM | Oct 22 2020 22:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4685962 | + | EDI: DISCOVER.COM | Oct 22 2020 22:58:00 | Discover Financial Svcs LLC, P.O.Box 15316, Wilmington, DE 19850-5316 |
| 4685965 | + | EDI: RMSC.COM | Oct 22 2020 22:58:00 | GE Money Bank, P.O. Box 981439, El Paso, TX 79998-1439 |
| 4685966 | | EDI: RMSC.COM | Oct 22 2020 22:58:00 | GE/JCPenny, 960090, Orlando, FL 32896-0090 |
| 4685967 | + | EDI: RMSC.COM | Oct 22 2020 22:58:00 | GE/JCPenny, PO Box 961131, El Paso, TX 79996-1131 |
| 4685972 | + | EDI: HFC.COM | Oct 22 2020 22:58:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 4685973 | | EDI: HFC.COM | Oct 22 2020 22:58:00 | HSBC/Bonton, PO Box 15524, Wilmington, DE 19850 |
| 4685971 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Home Depot Credit Services, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4685974 | | EDI: IRS.COM | Oct 22 2020 22:58:00 | Internal Revenue Service, Dept. of Treasury, PO Box 80101, Cincinnati, OH 45280-0001 |
| 4685957 | | EDI: JPMORGANCHASE | Oct 22 2020 22:58:00 | Chase Card Member Services, P.O. Box 15153, Wilmington, DE 19886 |
| 4685977 | | EDI: RMSC.COM | Oct 22 2020 22:58:00 | Lowe's GEMB, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 4685980 | + | EDI: MID8.COM | Oct 22 2020 22:58:00 | Midland Credit Management, for Capital One Bank, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 4685979 | + | EDI: MID8.COM | Oct 22 2020 22:58:00 | Midland Credit Management, for Capial One Bank, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 4685981 | + | EDI: MID8.COM | Oct 22 2020 22:58:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 4685983 | + | Email/Text: egssupportservices@alorica.com | Oct 22 2020 18:53:00 | NCO Financial, for Pocono Emergency Physicians, 507 Prudential Road, Horsham, PA 19044-2308 |
| 4685984 | | EDI: PRA.COM | Oct 22 2020 22:58:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4685986 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Sears, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 4685987 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Sears Card, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 4685988 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Sears/CitiBank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 4685990 | | EDI: HFC.COM | Oct 22 2020 22:58:00 | Union Plus, P.O. Box 17051, Baltimore, MD 21297-1051 |
| 4695015 | + | EDI: WFFC.COM | Oct 22 2020 22:58:00 | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux |

| | | | |
|---|---|---|---|
| 4685992 | + EDI: WFFC.COM | | Falls SD 57104-0422 |
| | | Oct 22 2020 22:58:00 | Wells Fargo Originations, P.O. Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4685956 | *+ | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 4685985 | ##+ | Remit Corp, for Pocono Healthcare Management, 36 W Main St, Bloomsburg, PA 17815-1703 |
| jdb | *+ | Lillian Martinez, 441 Indian Way, East Stroudsburg, PA 18302-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Bayview Loan Servicing LLC et al... pa-bk@logs.com |
| Michele A De Witt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2004-05CB) bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Lillian Martinez donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 David Martinez donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David Martinez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8550<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lillian Martinez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4572<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–03580–RNO | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Martinez                             Lillian Martinez

10/22/20                                   **By the court:** <u>Robert N. Opel II</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**